IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

      **Plaintiff**

**vs.**                        **Case No. 1:10cr50-SPM/GRJ**

**DAVID STEPHEN BAKER**

      **Defendant**

                                        /

**FINAL ORDER OF FORFEITURE**

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order Of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on January 7, 2011, this Court entered a Preliminary Order of Forfeiture against the following:

    **A.**    **Miscellaneous computer equipment, specifically:**
            **1.**    **Black computer CPU, Serial Number: 16171172200204, containing three internal SATA drives;**
            **2.**    **Dell Inspiron silver laptop, model E1505, Serial Number: J52TCB1;**
            **3.**    **Hewlett-Packard webcam;**
            **4.**    **Microsoft webcam;** and

WHEREAS, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and of the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30

consecutive days, beginning on March 19, 2011. Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property; and

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, and it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

DONE AND ORDERED this 21st day of July, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge